SAO
CONNAGHAN|NEWBERRY
Tara D. Newberry, Esq. (SBN: 10696)
tnewberry@cnlawlv.com
7854 West Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1380
*Attorney for Plaintiff*
*Danny J. Horen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANNY J. HOREN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RIVIERA HOLDINGS CORP. a/k/a RIVIERA HOTEL AND CASINO; CASABLANCA EXPRESS; and LAS VEGAS PROMOTIONS,<br><br>Defendants. | **CASE:** 2:14-cv-00266-APG-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff DANNY J. HOREN's voluntary dismissal of the claims against RIVIERA HOLDINGS CORP. a/k/a RIVIERA HOTEL AND CASINO; CASABLANCA EXPRESS, in the above-captioned matter, with prejudice as to the named plaintiff, and without prejudice as to the alleged putative class members, and each party to bear its own fees and costs.

| | |
|---|---|
| Date: September 3, 2014 | Date: September 3, 2014 |
| CONNAGHAN\|NEWBERRY | SANTORO WHITMIRE |
| */s/ Tara D. Newberry* | /s/ James E. Whitmire |
| Tara Newberry | James E. Whitmire, Esq. |
| 7854 W. Sahara Avenue | Nevada Bar No. 6533 |
| Las Vegas, NV 89117 | 10100 W. Charleston Blvd., Suite 250 |
| (702) 608-4232 | Las Vegas, Nevada 89135 |
| Email: tnewberry@cnlawlv.com | Email: jwhitmire@santoronevada.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Casablanca Express* |

STIPULATION AND ORDER TO DISMISS           2:14-cv-00266-APG-PAL

Date: September 3, 2014

SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP

*/s/ Shannon Z. Petersen*
Shannon Z. Petersen, Esq.
501 West Broadway, 19th Floor
San Diego, CA 92101-3598
Tel 619.338.6500; Fax 619.234.3815
Email: spetersen@sheppardmullin.com
*Attorneys for Defendant Riviera Holdings Corp.*

### ORDER

   **IT IS SO ORDERED.**

   Dated:  September 4, 2014.

_____
United States District Judge

Respectfully Submitted by:

CONNAGHAN|NEWBERRY

*/s/ Tara D. Newberry*
Tara Newberry
7854 W. Sahara Avenue
Las Vegas, NV 89117
(702) 608-4232
Email: tnewberry@cnlawlv.com
*Attorneys for Plaintiff*

**CONNAGHAN NEWBERRY LAW FIRM**
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 608-4232

STIPULATION AND ORDER TO DISMISS                                    2:14-cv-00266-APG-PAL